**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: R.J.V., JR., A MINOR      :   No. 935 MAL 2015

     :
     :
     :
     :   Petition for Allowance of Appeal from
     :   the Order of the Superior Court
     :

PETITION OF: R.J.V., SR., FATHER      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of January, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.